UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 18-71813-JWC |
| | : | |
| BUILDING 1600, L.L.C., | : | Chapter 11 |
| | : | |
|   Debtor. | : | |
| _____ | : | |
| | : | |
| BUILDING 1600, L.L.C., | : | |
| | : | |
|   Movant, | : | |
| | : | |
| v. | : | Contested Matter |
| | : | |
| SOUTHSTATE BANK; and PACES/285 OFFICE PARK CONDOMINIUM ASSOCIATION, INC.; | : | |
| | : | |
|   Respondents. | : | |
| _____ | : | |

**SUPPLEMENT TO MOTION FOR ENTRY OF ORDER APPROVING SALE OF DEBTOR'S OFFICE PARK CONDOMINIUM FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES, TO MAKE CERTAIN DISBURSEMENTS AT CLOSING, AND FOR RELATED RELIEF**

COMES NOW Building 1600, L.L.C., "Debtor" and "Movant" herein, and hereby supplements its *Motion For Entry Of Order Approving Sale Of Debtor's Office Park Condominium Free And Clear Of All Liens, Claims And Encumbrances, To Make Certain Disbursements At Closing, And For Related Relief* filed on September 4, 2021 [Doc. No. 138] as amended on September 11, 2021 [Doc. No. 142] (together, "the Sale Motion") as follows:

1. As set forth in the Sale Motion, Debtor proposes to sell the Property[1] to Brian Joubert and/or assigns (the "Buyer") for the gross purchase price of $540,000.00 cash at

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed thereto in the Sale Motion.

closing on the terms more particularly described in the Sale Agreement by and between the parties, a true and correct copy of which is attached to the Sale Motion as an exhibit. The hearing on approval of the Sale Motion is scheduled for October 21, 2021. Closing is to occur October 22, 2021.

2. The following is an updated disclosure of closing disbursements that Debtor anticipates but does not warrant:

```
$540,000.00 gross purchase price
  418,606.34 SouthState Bank, N.A. mortgage payoff as of 9/28/2021
   18,906.83 amended POC #2 for condo association fees and attorney fees
   16,206.60 Cobb County Tax Commissioner for property taxes 2017 – 2020
    2,789.07 Cobb County Tax Commissioner, estimated 2021 property tax proration
   32,400.00 real estate commission (6% x $540,000.00)
-  15,000.00 estimated federal tax liability upon sale[2]
$  36,091.16 net cash at closing
```

In addition, Debtor anticipates miscellaneous other closing costs in a nominal amount.

3. After payment of the above amounts, Debtor anticipates but does not warrant that remaining claims in this bankruptcy case will be as follows:

**Administrative claims**

```
$ 5,020.00 IRS amended POC #6 ($4,920 penalty on 2019 partnership return + $100 FICA)
 20,000.00 Marr attorney fees, amount outstanding from fee awards + estimated additional fees
+ 4,875.00 UST quarterly fees estimated 4th quarter 2021
$29,895.00
```

**Unsecured claims**

```
 $35,579.05 POC #3 Ed Palmer, chapter 7 trustee in Charles Menser's personal bankruptcy case
    3,121.33 POC #5 Dargan Whitington & Maddox leasing agent
+   7,200.00 amended POC #1 (IRS penalty on 2018 partnership return)
  $45,900.38
```

WHEREFORE, Movant prays that the Court consider the information contained in this Supplement and grant such other relief as the Court deems appropriate.

---

2  Debtor's accountants and Charles Menser's personal accountants advise that there will be an estimated $15,000.00 federal tax liability upon sale of the Property and that that amount should be withheld at closing and remitted to the Internal Revenue Service.

Date: October 14, 2021

Prepared and submitted by,
PAUL REECE MARR, P.C.
Debtor's attorneys

 /s/ Paul Reece Marr
Paul Reece Marr
GA Bar #471230
1640 Powers Ferry Road
Building 24, Suite 350
Marietta, GA 30067
770-984-2255
paul.marr@marrlegal.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 18-71813-JWC |
| | : | |
| BUILDING 1600, L.L.C., | : | Chapter 11 |
| | : | |
| Debtor. | : | |
| _____ | : | |
| | : | |
| BUILDING 1600, L.L.C., | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | Contested Matter |
| | : | |
| SOUTHSTATE BANK; and PACES/285 OFFICE PARK CONDOMINIUM ASSOCIATION, INC.; | : | |
| | : | |
| Respondents. | : | |
| _____ | : | |

CERTIFICATE OF SERVICE

    This is to certify that I have on this day electronically filed the foregoing *SUPPLEMENT* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to all registered parties who have filed appearances in the above captioned case.

    In addition, I have served copies of the Motion via first class U.S. Mail, with adequate postage prepaid, on the following parties at the addresses indicated:

Brian Joubert
2255 Cumberland Parkway
Building 1600
Atlanta, GA 30339

McWhirter Realty Partners, LLC
Peyton McWhirter
300 Galleria Parkway; Suite 300
Atlanta, Georgia 30339

−4−

—5—

Exit Realty Quality Solutions, LLC
Ramon Tookes
999 Whitlock Avenue
Marietta, GA 30064

Shawna Staton
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Kellie Turner Spalding
Quirk & Quirk, LLC
300 Century Springs West
6000 Lake Forrest Drive NW
Atlanta, Georgia, 30328

William Russell Patterson, Jr.
Ragsdale Beals Seigler Patterson & Gray
2400 International Tower
229 Peachtree Street NE
Atlanta, GA 30303-1629

Anna M Humnicky, Esq,
Small Herrin, LLP
2727 Paces Ferry Rd.
Building 2, Suite 200
Atlanta, GA 30339

Cobb County Tax Commissioner
Carla Jackson
736 Whitlock Ave Ste 100
Marietta, GA 30064-4663

This the 14th day of October, 2021.

Paul Reece Marr, P.C.
Suite 960
1640 Powers Ferry Road
Building 24, Suite 350
Marietta, GA 30067
770-984-2255
paul.marr@marrlegal.com

/s/ Paul Reece Marr
Paul Reece Marr
GA Bar No. 471230